# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE A. HANDWERK, | : | |
|     Plaintiff | : | Action No. 3:13-CV-2860 |
| | : | |
|     v. | : | |
| | : | (Judge Nealon) |
| CAROLYN W. COLVIN, | : | (Magistrate Judge Mehalchick) |
| Acting Commissioner of Social Security, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, THIS 17TH DAY OF MARCH, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for attorney fee pursuant to the Equal Access to Justice Act, (Doc. 17), is **GRANTED**, and Plaintiff shall be awarded nine thousand five dollars and fifty-two cents ($9,005.52) in attorney fees under the EAJA within thirty (30) days of the date of this Order. These attorney fees will be paid directly to Plaintiff, Julie A. Handwerk, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by Defendant that Plaintiff owes no qualifying, pre-existing federal debt(s). If such debt(s) exists, Defendant will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s). If Plaintiff's outstanding federal debt(s) exceeds the amount of attorney fees awarded to Plaintiff under this Order, the amount will be used to offset Plaintiff's federal debt, and no attorney

fee shall be paid.  Payment of the aforementioned awarded attorney fee shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to attorney fees under the EAJA in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

/s/ **William J. Nealon**
**United States District Judge**